UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW GROSS, III, #28240-039,

        Plaintiff,

v.                                                                                          CASE NO. 05-CV-60200-AA
                                                                   HON. JOHN CORBETT O'MEARA
TERRE HAUTE U.S.P. MEDICAL STAFF,                       MAGISTRATE JUDGE WHALEN
CUMBERLAND F.C.I. MEDICAL STAFF,
DEPARTMENT OF JUSTICE,
BUREAU OF PRISONS MEDICAL STAFF,
KATHLEEN M. HAWK, WAYNE COUNTY JAIL
MEDICAL STAFF, and U.S. MARSHAL'S SERVICE,

        Defendants.
_____/

## ORDER OF DISMISSAL

This matter is pending before the Court on plaintiff Andrew Gross' *pro se* civil complaint for damages. On October 20, 2005, the Court granted Plaintiff leave to proceed without prepayment of the filing fee for this action. A copy of the order was mailed to Plaintiff at the Federal Correctional Institution in Terre Haute, Indiana where Plaintiff was confined when he filed his complaint. The order was returned to the Court as undeliverable on or about November 10, 2005.

Meanwhile, on October 31, 2005, the Court ordered Plaintiff to show cause within twenty-one days why his complaint should not be dismissed for failure to exhaust administrative remedies against each of the named defendants. To date, Plaintiff has not responded to that order. Nor has he notified the Court of his current address. Accordingly, Plaintiff's complaint is DISMISSED without prejudice for failure to prosecute and for failure to comply with the Court's

previous order. Fed. R. Civ. P. 41(b); Local Rule 41.2 (E.D. Mich. Mar. 2, 1998).

                                         s/John Corbett O'Meara
                                         John Corbett O'Meara
                                         United States District Judge

Dated: January 9, 2006